UNITED STATES BANKRUPTCY COURT
District of Minnesota

In re: Aria Jones
Debtor(s)

Case Number 26-42392

**NOTICE OF CHANGE OF ADDRESS FOR CREDITOR**

Please take notice that the address has changed for the party listed below.

| Old Address (list name and complete address) | New Address (list name and complete address) |
| --- | --- |
| Vernon Odom Landlord<br>Brooklyn Park, MN 55429 | Denise Odom & Vernon Odom<br>6008 71st Ave N.<br>Brooklyn, MN 55429 |

*Signature of filing party*

Date: 09/28/2026

*Signature of joint filing party (as applicable)*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Aria Lovette Jones Case No. 26-42392

Debtor(s).

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I, Maggie Marose, declare under penalty of perjury that on September 29th, 2026 she caused to be served the Notice of Change of Address for Creditor upon Denise Odom & Vernon Odom at the address set forth below, by first class mail:

Denise Odom & Vernon ●dom
6008 71st Ave N.
Brooklyn, MN 55429

Dated: September 29th, 2026

/e/ Maggie Marose
Maggie Marose
LifeBack Law Firm, PA.